# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00317-CR

Jack Nelson Stafford, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT
NO. 5705, HONORABLE V. MURRAY JORDAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due September 11, 2006. On the motion of appellant's retained attorney, Mr. Kirby J. Roberts, the time for filing was extended to November 11, 2006. No brief has been filed on appellant's behalf and no further extension of time for filing has been sought.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether appellant is indigent, and, if he is not indigent, whether retained counsel has abandoned this appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the

Clerk of this Court for filing as a supplemental record no later than January 19, 2007.

Rule 38.8(b)(3).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   December 13, 2006

Do Not Publish

2